| | |
|---|---|
| 1 | ALEXANDER B. CVITAN (SBN 81746), |
|   | E-Mail: alc@rac-law.com |
| 2 | MARSHA M. HAMASAKI (SBN 102720), and |
|   | E-Mail: marshah@rac-law.com    JS - 6 |
| 3 | ALLAN D. SHULDINER (SBN 252259), Members of |
|   | E-Mail: allans@rac-law.com |
| 4 | REICH, ADELL & CVITAN, A Professional Law Corporation |
|   | 3550 Wilshire Boulevard, Suite 2000 |
| 5 | Los Angeles, California  90010-2421 |
|   | Telephone: (213) 386-3860;  Facsimile: (2l3) 386-5583 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, | CASE NO.: SACV 11-00793-CJC(MLGx) |
| | SEVERAL JUDGMENT PURSUANT TO STIPULATION |
| Plaintiff, | |
| vs. | |
| EMAE INTERNATIONAL CORPORATION, a California corporation; VIGILANT INSURANCE COMPANY, a New York corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; EHAB MAHER MAAMOUN, an individual; DOE 1 through DOE 10, inclusive; | |
| Defendants. | |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and defendant EHAB MAHER MAAMOUN, an individual, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

-1-

A several judgment is entered in favor of the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company ("CLTF"), a fiduciary, administrator, agent and assignee for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA, CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA, LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, CENTER FOR CONTRACT COMPLIANCE, and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA ("TRUST FUNDS") and against defendant EHAB MAHER MAAMOUN ("EHAB MAAMOUN") for a total judgment in the principal sum of $12,000.00 in unpaid fringe benefit contributions, interest and liquidated damages incurred for the period from January 2007 through May 2011.

The Court finds that there is no just reason for delay in the entry of a final several judgment against EHAB MAAMOUN, leaving the balance of the claims asserted by Plaintiff against the remaining Defendant, EMAE INTERNATIONAL CORPORATION, a California corporation ("EMAE") to be litigated in the event the bankruptcy proceedings filed by EMAE is dismissed by the order of the bankruptcy court.

This judgment, and the amount of this judgment, will be non-dischargeable debt in the event that EHAB MAAMOUN files for bankruptcy. This judgment shall not constitute a waiver, release or other relinquishment of the TRUST FUNDS' legal rights and remedies to recover from EMAE or other third parties any amounts determined to be owed by EMAE, including but not limited to

amounts encompassed by this judgment.  This judgment shall not, and does not, have *res judicata* effect, operate as a bar or effect any other limitation of any right of the TRUST FUNDS or any constituent Trust Fund (including CLTF on behalf of the TRUST FUNDS or any constituent Trust Fund) to such recovery from EMPLOYER or any other party or third party.

Dated: June 19, 2012

_____
CORMAC J. CARNEY, JUDGE OF THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

-3-